# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JOEL SNIDER | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-801 |
| OFFICER MCKEEHAN, *et al.* | : | |

## ORDER

**AND NOW**, this 9th day of December 2019, upon considering Plaintiff's Motion for appointment of counsel (ECF Doc. No. 77), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for appointment of counsel (ECF Doc. No. 77) is **DENIED** without prejudice.

KEARNEY, J.