IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOEL SNIDER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-801** |
| | : | |
| **ROBIN ALVAREZ and PSS STEVENS** | : | |

## ORDER

**AND NOW**, this 2nd day of November 2020, upon considering Defendants' Motions to dismiss (ECF Doc. Nos. 67, 72) the amended Complaint (ECF Doc. No. 28), Plaintiff's Oppositions (ECF Doc. Nos. 85, 89), Defendants' Reply (ECF Doc. No. 108), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions to dismiss (ECF Doc. Nos. 67, 72) are **GRANTED in part** and **DENIED in part**:

1.   The Pennsylvania officials' Motion (ECF Doc. No. 72) is **GRANTED** as to:

   a.   all claims against Defendants Wetzel, Davis, Jamison, Tice, Caro, Schenk, Wiegle, Decker, Newmyer and Capozza and they are **dismissed**;

   b.   all claims against Defendants Robin Alvarez and PSS Stevens except for the Eighth Amendment deliberate indifference claims arising from their alleged failure to provide him with medical care in response to his mental illness concerns in late 2018;

2.   Dr. Sheikh's Motion to dismiss (ECF Doc. No. 67) is **GRANTED** and she is **dismissed**;

3.   Defendants Alvarez and PSS Stevens shall file an Answer to the amended Complaint no later than **November 18, 2020**; and,

4.   We **amend** the caption and docket to reflect the remaining claims only against Robin Alvarez and PSS Stevens.

_____
**KEARNEY, J.**